UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES E. WILLIAMS,

              Plaintiff,         CIV S-05-1463 MCE PAN PS

     v.

SACRAMENTO HOUSING AND                   ORDER
REDEVELOPMENT AGENCY, KYLE K.
TAMBORNINI,

              Defendants.

                          -o0o-

    On September 1, 2005, plaintiff filed a "Motion to Withdraw Complaint" following plaintiff's settlement with defendant Agency and his request the complaint "be removed from the court's docket without delay" "[c]onsidering the constitutional issues involved and plaintiff['s] limited resources."

    Fed. R. Civ. P. 41(a) provides that "[a]n action may be dismissed by the plaintiff without order of court . . . (i) by

filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever occurs first." Unless otherwise stated in the notice, the dismissal is without prejudice. Id.

The court construes plaintiff's "motion" as a notice of dismissal. Defendants have served neither an answer nor a dispositive motion.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(i), this action is dismissed without prejudice.

So ordered.

Dated:  November 9, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

2